IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KEVON BANKS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL NO. 04-363-DRH |
| | ) |
| MARY WEST, CHAD FORSTINE and | ) |
| DEBI MIDDENDORF, | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT

This action came before the Court for a preliminary screening of the complaint pursuant to 28 U.S.C. § 1915A.  The Court has rendered the following decision:

**IT IS ORDERED AND ADJUDGED** this action is dismissed as legally frivolous and for failure to state a claim.  Dismissal is with prejudice.  Judgment is entered in favor of Defendants and against Plaintiff.  Plaintiff shall take nothing from this action.

May 27, 2005                                  By:   /s/   David RHerndon
*Date*                                                    *District Judge*